1
2
3
4
5
6
7
8

NOT FOR CITATION

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13

TIMOTHY LEANG JONES,                    )       C 11-01240 JF (PR)
                                        )
                      Petitioner,       )       ORDER OF TRANSFER
                                        )
14          vs.                         )
                                        )
15                                      )
                                        )
16   R. LOPEZ, Warden,                  )
                                        )
17                    Respondent.       )
     _____ )
18

19          Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas

20   corpus pursuant to 28 U.S.C. § 2254 challenging a 2008 parole hearing.  Petitioner is

21   currently confined at the California State Prison - Corcoran I in Corcoran of Kings

22   County, which is located within the venue of the Eastern District of California.  28

23   U.S.C. § 84(b).

24          Venue in a habeas action is proper in either the district of confinement or the

25   district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the

26   preferable forum to review the execution of a sentence, such as a parole denial claim.

27   See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).

28   Accordingly, this case is TRANSFERRED to the United States District Court for the

1  Eastern District of California, the location of Petitioner's confinement.  See 28 U.S.C. §

2  1404(a); Habeas L.R. 2254-3(b)(1).  In view of the transfer, the Court will not rule upon

3  Petitioner's pending motions to proceed in forma pauperis. (Docket Nos. 2 & 4).

4      The Clerk shall terminate all pending motions and transfer the entire file to the

5  Eastern District of California.

6      IT IS SO ORDERED.

7  DATED: _5/2/11_____        _____

8                                          JEREMY FOGEL
                                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


TIMOTHY L JONES,

              Petitioner,

  v.

R LOPEZ, Warden,

              Respondent.
_____/

Case Number: CV11-01240 JF

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on ___5/11/11_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Timothy Leang Jones B-71557
California State Prison-Corcoran I
P.O. Box 3456
Corcoran, CA 93212-3456


Dated: ___5/11/11_____

                                Richard W. Wieking, Clerk